

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Patrick Brandon Jr., Appellant

No. 06-21-00085-CR      v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 47754-A). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the judgment of conviction and the bill of costs by deleting the $330.00 assessment of court costs, and we modify the judgment of conviction by changing the notation of Brandon's plea to the State's enhancement allegation from "not true" to "true." As modified, the judgment of the trial court is affirmed.

We note that the appellant, Patrick Brandon, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 22, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk